## AMERICAN SURETY CO. OF NEW YORK v. BLAINE. (No. 14293.)

(Supreme Court of Texas. Nov. 18, 1925.)

1. **Appeal and error** ⚎152—**Application for writ of error refused, where no error as respects applicant.**

Where, on application for writ of error, no error appears in opinion of Court of Civil Appeals as against the applicant, application will be refused.

2. **Insurance** ⚎539(1)—**Clause in policy that proof of loss be furnished at home office of company within 60 days held violation of law.**

Clause in policy providing for proof of loss to be furnished at home office of company within 60 days *held* in violation of Rev. St. 1925, art. 5546 (Vernon's Sayles' Ann. Civ. St. 1914, art. 5714).

Action by R. A. Blaine, Jr., against the American Surety Company of New York. Judgment for plaintiff was reversed and remanded by the Court of Civil Appeals (272 S. W. 828), and defendant applies for writ of error. Writ of error refused.

Stennis & Stennis, of Dallas, for applicant.

PER CURIAM. [1, 2] The application for writ of error is refused for the reason that no error appears in the opinion of the Court of Civil Appeals as against the applicant, the American Surety Company of New York. We do not agree, however, with the Court of Civil Appeals that the clause in the policy providing for proof of loss to be furnished at the home office of the company within 60 days is not in violation of Revised Statutes 1925, art. 5546 (Vernon's Statutes, art. 5714).